**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SAYE HENRY GOFAN, JR.,

Plaintiff,

v.

METRO TRANSIT POLICE OFFICERS, ET AL.,

Defendants.

Case No. 26-mc-0071 (LMP)

**ORDER**

---

Plaintiff Saye Henry Gofan, Jr., is restricted from filing new cases in this District unless he is represented by counsel or receives prior written authorization from a judicial officer of this District. *See Gofan, Jr. v. Kruger,* No. 25-cv-4248 (DWF/JFD), ECF No. 5 (D. Minn. Dec. 3, 2025). This matter is before the Court on Gofan's request for authorization to file a new civil action. ECF No. 1. Upon review of the request and all documents accompanying the request, the Court concludes that the proposed civil action does not set forth a plausible claim for relief. *See Ashcroft v. Iqbal,* 556 U.S. 662, 679 (2009). Even if the complaint had set forth a plausible claim, Gofan has not identified any specific defendant, so, as a practical matter, service could not be carried out. *See generally* Fed. R. Civ. P. 4.

Accordingly, the Court denies the request for authorization and orders that this proceeding be closed. The Court also certifies that any appeal taken from this denial would

not be in good faith, and thus any request to proceed *in forma pauperis* on appeal will be denied on that basis. See Fed. R. App. P. 24(a)(3)(A).

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: October 23, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge